United States Courts
Southern District of Texas
FILED

JAN 08 2020

David J. Bradley, Clerk of Court

Sealed
Public and unofficial staff access
to this instrument
prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:20 cr 13 |
| FRED EDWARD WASHINGTON, JR. | § | |
| KENESHA STEELE | § | |
| SEBASTIAN FLEURISAINT | § | |
| aka "SEBASTIEN FLEURISSAINT" | § | **UNDER SEAL** |
| AHMED MOSBAH NASSAR | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Bribery of public officials and witnesses)

On or about September 3, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**FRED EDWARD WASHINGTON, JR.,**

a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of his/her official duty; to wit: defendant FRED EDWARD WASHINGTON, JR. accepted an amount of United States currency in exchange for bringing contraband into the Montgomery Processing Center federal immigration detention facility in Conroe, Texas, where defendant FRED EDWARD WASHINGTON, JR. was then employed as a guard.

In violation of Title 18, United States Code, Sections 201(b)(2) and 2.

## COUNT TWO
### (Bribery of public officials and witnesses)

On or about September 3, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**KENESHA STEELE,**

did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official with intent to influence an official act and induce a public official to do an act and omit to do an act in violation of his/her official duty, to wit: defendant KENESHA STEELE gave an amount of United States currency to FRED EDWARD WASHINGTON, JR., who was then employed as a guard at the Montgomery Processing Center federal immigration detention facility in Conroe, Texas, in exchange for FRED EDWARD WASHINGTON, JR. bringing contraband into that facility.

In violation of Title 18, United States Code, Sections 201(b)(1) and 2.

## COUNT THREE
### (Providing or possessing contraband in prison)

On or about September 3, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**FRED EDWARD WASHINGTON, JR. and**
**KENESHA STEELE,**

contrary to the regulations contained in the Montgomery Processing Center's Detainee Handbook, provided and attempted to provide a prohibited object, to wit: methamphetamine, to SEBASTIAN FLEURISAINT aka "SEBASTIEN FLEURISSAINT," an inmate of the Montgomery Processing Center in Conroe, Texas, a federal immigration detention facility and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

In violation of Title 18, United States Code, Sections 1791(a)(1), 1791(b)(1) and 2.

## COUNT FOUR
**(Providing or possessing contraband in prison)**

On or about September 3, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**FRED EDWARD WASHINGTON, JR. and
KENESHA STEELE,**

contrary to the regulations contained in the Montgomery Processing Center's Detainee Handbook, provided and attempted to provide a prohibited object, to wit: marijuana, to SEBASTIAN FLEURISAINT aka "SEBASTIEN FLEURISSAINT," an inmate of the Montgomery Processing Center in Conroe, Texas, a federal immigration detention facility and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

In violation of Title 18, United States Code, Sections 1791(a)(1), 1791(b)(3) and 2.


## COUNT FIVE
**(Providing or possessing contraband in prison)**

On or about September 3, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**SEBASTIAN FLEURISAINT aka "SEBASTIEN FLEURISSAINT" and
AHMED MOSBAH NASSAR,**

each an inmate of the Montgomery Processing Center in Conroe, Texas, a federal immigration detention facility, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed and attempted to obtain a prohibited object, to wit: methamphetamine.

In violation of Title 18, United States Code, Sections 1791(a)(2), 1791(b)(1) and 2.

## COUNT SIX
### (Providing or possessing contraband in prison)

On or about September 3, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**SEBASTIAN FLEURISAINT aka "SEBASTIEN FLEURISSAINT" and
AHMED MOSBAH NASSAR,**

each an inmate of the Montgomery Processing Center in Conroe, Texas, a federal immigration detention facility, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed and attempted to obtain a prohibited object, to wit: marijuana.

In violation of Title 18, United States Code, Sections 1791(a)(2), 1791(b)(3) and 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

ARTHUR R. JONES
Assistant United States Attorney