**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 4:20-CR-13** |
| | § | |
| **KENESHA STEELE** | § | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Dorian C. Cotlar, CJA attorney for Defendant, Kenesha Steele and moves this Court to allow him to withdraw as counsel. On September 16, 2020 Defendant notified Undersigned Counsel's office (and then Undersigned Counsel) that she would like different counsel appointed to represent her. This motion is being filed at the request of Defendant.

WHEREFORE, Dorian C. Cotlar requests he be allowed to withdraw as attorney for the Defendant.

Respectfully submitted,

HANSZEN LAPORTE, LLP

_____
DORIAN C. COTLAR
Bar No. 24031974
14201 Memorial Drive
Houston, TX 77079
Tel. (713) 522-9444
Fax (713) 524-2580

## CERTIFICATE OF SERVICE

    This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd day of September.

                                                                    Dorian C. Cotlar