IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO. 4:20-CR-13** |
| **KENESHA STEELE** | § | |

## ORDER

CAME ON TO BE HEARD, Defense counsel's Motion to Withdraw as Counsel and it the opinion of the Court that said motion is hereby:

_____  GRANTED, and Defense counsel is hereby permitted to withdraw as attorney of record;

_____  A HEARING shall be set on this matter on _____;

_____  DENIED.

SIGNED and ENTERED this _____ day of _____, 2020.

_____
PRESIDING JUDGE