United States District Court
Southern District of Texas
**ENTERED**
September 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:20-CR-13 |
| KENESHA STEELE | § | |

**ORDER**

CAME ON TO BE HEARD, Defense counsel's Motion to Withdraw as Counsel and it the opinion of the Court that said motion is hereby:

_____ GRANTED, and Dorian Cotlar is hereby permitted to withdraw as attorney of record;

\_\_X\_\_ A HEARING shall be set on this matter on  10/5/2020 ; at 10:00 a.m.

_____ DENIED.

SIGNED and ENTERED this  26th  day of  September , 2020.

_____
PRESIDING JUDGE